STEVEN G. ROSALES
ATTORNEY AT LAW SBN: 222224
LAW OFFICE OF LAWRENCE D. ROHFLING
12631 E. IMPERIAL HWY SUITE C-115
SANTA FE SPRINGS, CALIFORNIA 90670
TEL: (562) 868-5886
FAX: (562) 868-5491

Attorneys for Plaintiff CHARLOTTE MOORE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLOTTE MOORE,<br><br>         Plaintiff,<br><br>    vs.<br><br>JO ANNE B. BARNHART,<br><br>Commissioner of Social Security<br><br>Administration,<br><br>         Defendant | Case No.: 1: 06 CV 0478 LJO<br><br>STIPULATION TO EXTEND BRIEFING SCHEDULE and FILE LATE BRIEF; and ORDER |

TO THE HONORABLE LAWRENCE J. O'NEIL, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff CHARLOTTE MOORE ("Plaintiff") and defendant Jo Anne B. Barnhart, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Opening Brief to December 6, 2006.

Plaintiff's counsel makes this request due to a calendaring error wherein Counsel failed to provide defendant with a "confidential settlement letter" setting forth rationale supporting settlement of this case.  Counsel simply overlooked the portion of the Court's Scheduling Order before filing the Opening Brief as required by the Case Management Order.  Therefore, the additional time requested will allow defendant to adequately consider the contentions raised in Plaintiff's Opening Brief to determine if settlement can be reached, and if not, allow for the preparation and filing of any response.

DATE:  December 6, 2006         Respectfully submitted,
                                LAW OFFICES OF LAWRENCE D. ROHLFING

                        BY:   _/s/ Steven Rosales_____
                                Steven G. Rosales
                                Attorney for CHARLOTTE MOORE

DATE:  December 7, 2006.        McGREGOR W. SCOTT
                                U.S Attorney

                        BY:  _/s/ - Kristi Kapetan_ by Steven G. Rosales*
                                Kristi Kapetan
                                Assistant United States Attorney
                                Attorneys for Defendant
[*By authorization on December 6, 2006]**ORDER**

IT IS HEREBY ORDERED that plaintiff may have an extension of

time, to and including December 6, 2006, in which to file Plaintiff's Opening Brief; Defendant may have an extension of time to February 16, 2006 to consider the contentions raised in Plaintiff's Opening Brief, and file any opposition if necessary.

IT IS SO ORDERED.

**Dated:   December 8, 2006**              /s/ Lawrence J. O'Neill
66h44d                                 UNITED STATES MAGISTRATE JUDGE